No. 98–14.  CLEVELAND ET AL. v. WILKEN, CLERK, CIRCUIT COURT, FIFTEENTH JUDICIAL CIRCUIT, PALM BEACH COUNTY,

FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.